USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UAW LOCAL 2179, et al                       CV 08-8483 (NRB)

                Plaintiff,
    -against-                              **JOINT PROPOSED CASE**
                                               **MANAGEMENT AND**
CEP CONSULTANTS, CFM ADVISORS,              **SCHEDULING ORDER**
INC. and LOU RUSSO,

                Defendants.

-----------------------------------------------------------x

       The Plaintiffs, UAW LOCAL 2179 PENSION PLAN, MICHAEL KELLOGG, PABLO VALCARCEL, ROBERT MADORE, as Trustees of the UAW LOCAL 2179 PENSION PLAN and the Defendants, CEP CONSULTANTS, CFM ADVISORS, INC. and LOU RUSSO, the parties in the within action, as and for their proposed discovery plan pursuant to Rule 26 (f)(1)-(4), hereby propose the following:

1. Deadline for completion of initial disclosures required by Rule 26(a):  May 29, 2009

2. First request for production of documents and first request for interrogatories due by:  ~~June~~ May 30, 2009 *LR*

3. Deadline for joinder of additional parties and amendment of pleadings:  May 29, 2009

4. Status Conference:  As directed by the Court

5. All discovery, including production of all expert reports, if any, to be completed by:  August 31, 2009

6. Dispositive motion process started by:  ~~November~~ October 1, 2009 *LR*

7. Joint pretrial order due by:  As directed by the Court

8. Pretrial Conference:  As directed by the Court

#305900.2
310053.2                                       1

Dated: New York, New York
       May 5, 2009

_____
Lois M. Traub (LMT9977)
Kane Kessler, P.C.
Attorneys for Plaintiffs
1350 Avenue of the Americas
New York, NY 10019
(212) 519-5120

_____
Emily Hayes (EH 5243)
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
Attorneys for the Defendants
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000


SO ORDERED: *as modified*
May 11, 2009

_____
HON. NAOMI REICE BUCHWALD
United States District Court Judge